11 A.3d 902

**Kathy HILER, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (US AIRWAYS GROUP, INC.), Respondents.**

Supreme Court of Pennsylvania.

Jan. 3, 2011.

## ORDER

PER CURIAM.

**AND NOW**, this 3rd day of January, 2011, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

What is the proper calculation of a claimant's average weekly wage under Section 309(d) of the Workers' Compensation Act, 77 P.S. § 582(d), when the claimant incurs a period of zero wages due to a voluntary furlough during the relevant look-back period?